THE PEOPLE ex rel. MICHAEL DOHERTY, Appellant, ex rel. BERNARD MEEHAN, Appellant, ex rel. JOHN HOOK, Appellant, *v.* JAMES J. MARTIN et al., as Police Commissioners of the City of New York, Respondents.

Reported below, 84 Hun, 64.
(Argued February 17, 1896; decided March 10, 1896.)

APPEALS from orders of the General Term of the Supreme Court in the first judicial department, made January 18, 1895, which affirmed on certiorari a determination of respondents dismissing relators from the police force of the city of New York.

*B. F. Tracy, Louis J. Grant* and *Edmund Luis Mooney* for appellants.

*David J. Dean* for respondents.

Orders affirmed, with costs, on opinion below.
All concur.

---

ISAAC OSTRANDER, Respondent, *v.* EGBERT SNYDER, Appellant.

Reported below, 73 Hun, 378.
(Argued February 19, 1896; decided March 10, 1896.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 21, 1893, which denied a motion for a new trial in an action in which an interlocutory judgment in favor of plaintiff had been granted by the court on trial at Special Term.

*John B. Holmes* for appellant.

*W. H. Johnson* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.